UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury N-18-1

UNITED STATES OF AMERICA              No. 3:19CR 15 (KAD)

v.                                    VIOLATIONS:

TREYQUANE SNELL and                   18 U.S.C. § 2119 (Carjacking Resulting in
ANTOINE SNELL                         Serious Bodily Injury)

                                      18 U.S.C. § 1951(a) (Hobbs Act Robbery)

                                      18 U.S.C. § 2 (Aiding and Abetting)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Carjacking Resulting in Serious Bodily Injury)

1. On or about December 21, 2016, in the District of Connecticut, the defendants TREYQUANE SNELL and ANTOINE SNELL, together with Juvenile Co-Conspirator #1, whose identity is known to the Grand Jury, with the intent to cause serious bodily harm, took a motor vehicle, that is, a 2009 Honda Accord that had been transported, shipped, and received in interstate and foreign commerce, from M.L. by force, violence, and intimidation, resulting in serious bodily injury that caused extreme physical pain to M.L.

In violation of Title 18, United States Code, Sections 2119 and 2.

### COUNT TWO
(Hobbs Act Robbery)

2. At all times material to this Indictment, the victim, M.L., owned and operated a commercial restaurant in Ansonia, Connecticut, which business engaged in interstate commerce and in an industry which affects interstate commerce; to wit, the restaurant utilized food and packaging products from vendors located outside of the District of Connecticut, and offered a food delivery service, which

M.L. performed using a 2009 Honda Accord, which vehicle was manufactured outside of the District of Connecticut and registered in the State of New York.

3. On or about December 21, 2016, in the District of Connecticut, the defendants TREYQUANE SNELL and ANTOINE SNELL, together with Juvenile Co-conspirator #1, whose identity is known to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants TREYQUANE SNELL and ANTOINE SNELL, together with Juvenile Co-conspirator #1, did unlawfully take and obtain personal property, consisting of a 2009 Honda Accord, in the presence of M.L., the owner of the 2009 Honda Accord, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, that is, by assaulting M.L.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

DOUGLAS MORABITO
ASSISTANT UNITED STATES ATTORNEY

MARIA DEL PILAR GONZALEZ
ASSISTANT UNITED STATES ATTORNEY